UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES QUEEN,

    Plaintiff,

v.                                           Case No: 8:22-cv-1411-CEH-SPF

CMHS AND DESIGN, LLC,
CENTRAL MOBILE HOME
RENTALS, LLC and WAYNE
LUTHER MOORE,

    Defendants.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 41). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED**:

    1)    This cause is dismissed, with prejudice.

    2)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 7, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record